AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRANDON NELSON, (DOB: XXXXXXXXX)
ABRAM MARKOFSKI, (DOB: XXXXXXXX)

*Defendant(s)*

)
)
) Case: 1:21-mj-00404
) Assigned To : Meriweather, Robin M.
) Assign. Date : 4/27/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Violent Entry or Disorderly Conduct; |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brian Blake, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/27/2021__

*Judge's signature*

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*