UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                       Case No. 1:21-cr-00344-JDB-1

BRANDON NELSON,

        *Defendant*.

**UNOPPOSED MOTION TO CONTINUE PLEA HEARING**

Brandon Nelson, by counsel, moves to reschedule tomorrow's plea hearing. His counsel has spoken with the Government, and the Government does not object to this request.

Undersigned counsel put in her notice of appearance today. The lead attorney in the case, Joseph Bugni, is not yet allowed to appear in this Court. The process for him gaining admission is underway and should be completed within one week. Undersigned counsel recently joined Federal Defender Services of Wisconsin, Inc., and is not familiar with Mr. Nelson's case. Thus, she is not comfortable standing in for Mr. Bugni at tomorrow's hearing. However, she is a member of the bar of this Court and, therefore, able to file this motion on Mr. Nelson's behalf. *See* LCrR 44.1(a).

Accordingly, Mr. Nelson respectfully requests that his plea hearing be continued. If convenient for the Court, both parties are available for a rescheduled hearing to be held on September 14, 15, or 17, 2021.

Dated at Madison, Wisconsin this 31st day of August, 2021.

        Respectfully submitted,

        Brandon Nelson, Defendant

        */s/ Jessica Arden Ettinger*
        Jessica Arden Ettinger (DDC Bar No. D00483)
        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        22 East Mifflin Street, Suite 1000
        Madison, Wisconsin 53703
        Tel: 608-260-9900
        Fax: 608-260-9901
        jessica_ettinger@fd.org