UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                    Case No. 21-cr-344-jdb

BRANDON NELSON,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon Nelson, the defendant in the above-captioned matter, is represented by:

> Joseph A. Bugni
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:   [608] 260-9900
> Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 13th day of September, 2021.

                                        Respectfully submitted,
                                        Brandon Nelson, Defendant

                                        */s/Joseph A. Bugni*
                                        Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org