# Exhibit A

I, Caile Brockett, am a psychiatric care technician at Mendota Mental Health. I have known Brandon for almost two years now. I met Brandon when he started working at Mendota, and we have been good friends since last winter. Although I haven't been close to Brandon for long, I see sides of Brandon that others in the community don't. I've witnessed Brandon work with a variety of extremely difficult clientel at work, and I've worked alongside him, and have followed his lead. I have seen Brandon works with outstanding professionalism and care. He shows our clients so much compassion, respect, and appropriate attention. He also moves with patience and awareness, as he tirelessly works long hours with these complicated clients.

In my time of knowing Brandon, I have struggled with personal incidents and struggles in my own life. When he learned that I was going through hard times. Brandon reached out to me often, he checked on me to see how I was doing and how I was managing my struggles. Brandon has always made it clear that he was there for me, that he was a friend, and a listening ear. He has proven this true to me time and time again. Brandon listens, advises, and lifts me up in the most thoughtful and caring ways. At anytime, anywhere, he has been there for me like no one else has. Brandon has been an outstanding model of a good citizen for me and his peers. He has motivated me and pushed me to be a better version of myself through his example and friendship.

Brandon is also a great friend to others. He includes people, makes sure everyone feels welcome, and expresses a strong want and motivation to help everybody around him in any way he's able. He shows remarkable leadership skills and love for others. He receives his mistakes as lessons and learns from them.

Dear Judge Bates:


My name is Temesgen Cook. I'm a Psychiatric Care Technician at Mendota Mental Health Institute. I've been employed by the state for about 6.5 years. I met Brandon Nelson about 1.5 years ago when he started working at MMHI. Right away we had a good friendly connection. We really had a lot in common we both grew up in Christian homes and were taught to love the Lord. One of the way Brandon and I got to know each other is through our intense eagerness to build wealth. Brandon and I would follow the stock market and talk crypto currency every day especially Doge coin when it was going to the moon.

One point that I would make about Brandon is that he will go out of his way to help anybody. There's been many instances where he has picked up coworkers mandated shifts so they could go home to their families. Brandon is an honest man and does abide by the law. He has talked to me about the incident on January 6 and does feel remorse for breaching the capital. I would say that day was not a true representation of his character.


Sincerely,

Temesgen Cook

11/10/2021

2

11/29/2021

Judge Bates
United States District Court
District of Columbia
E Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Washington, District of Columbia 20001

Dear Judge Bates:

I am writing a character reference on behalf of my nephew, Brandon M. Nelson.  My name is
Jaime Farkas, and I am the assistant director of Bridges Virtual Academy, a state-wide, K4-12
virtual, charter school in the state of Wisconsin.  I am a biological aunt of Brandon Nelson, and
have known him all of his life.  Brandon is only 14 years younger than I am, and as a result spent
a lot of time in my family home during his formative years.  We have remained close throughout
the years, and he and his ex-wife lived as renters in my home from 2015 – 2019.  I still see
Brandon on a bi-weekly basis.

Anyone who spends time with Brandon will be smiling, laughing and at ease with him within
five minutes.  He spent his entire childhood and high school career being a star basketball player
at the height of only 5' 4". He served a year and a half as a youth minister in Lacrosse.  After that
he became a personal trainer and coached many individuals to health with his knowledge and
care. While working and attending college, he served in the Air National Guard and was
deployed to South Korea in 2016.  Most recently, Brandon has worked at Mendota Mental
Health, pulling double shifts a minimum of five times per week, serving a difficult population
with grace and consistency.  The life choices above demonstrate who Brandon is a person,
someone who is caring, and generously puts others first in his community and his country.

While I in no way condone Brandon's behavior to illegally enter the United States Capitol on
January 6th, 2021, I do know he deeply regrets his decision on that day. He has experienced the
consequences both financially and personally in numerous ways since that day. While I am
grieved by his choice that day, I can attest it is not a reflection of who Brandon is as a person and
a proud citizen of the United States of America.

Sincerely,

*Jaime Farkas*

Jaime Farkas

3

| | |
|---|---|
| **From:** | Brandon Nelson |
| **To:** | Jessica Ettinger |
| **Subject:** | Fwd: Reference For Brandon Nelson |
| **Date:** | Tuesday, November 23, 2021 3 58:19 PM |

---------- Forwarded message ----------
From: **Ted Gerry** <tedgerry@princetonclub.net>
Date: Tue, Oct 5, 2021 at 4:09 PM
Subject: Reference For Brandon Nelson
To: <██████████████>

Honorable Judge Bates:

    This letter is designed to serve as a character reference for Brandon Nelson
My family owns the Princeton Health Clubs here in Madison, and I have employed many people over the years.  Brandon served as a personal trainer with us for several years. Brandon was extremely well liked, and had a large clientele and served people well and with excellence.  Brandon is a loyal, committed and dedicated individual.  His time with us came to a close many months back when he chose a different career path, but our experience before that shift was very positive.

On a personal level I have known Brandon since he was a young man in high school .  I would like to attest to you, your Honor, that Brandon is a man of Integrity, high level character and passionate in all he puts his hands on.   I also know that Brandon has served our country in the military and loves this country and the citizens of the United States.  He has served as a youth pastor and been a very positive influence in seeing young people make wise choices

I believe that he may have made an impulsive decision, and that is the reason he stands before the court.  I am asking you to trust me when I say Brandon is a good man, honest, noble and kind.  He is not a person that is rebellious, but instead a man that honors authority and believes the best in people

If I can be of any further help in this matter, I am happy to help

I appreciate you hearing from me, and taking these true statements in to consideration when again speaking with Brandon.

Respectfully ,


--

**Ted Gerry**
Vice President/General Manager East
Princeton Club East

    ■  608 241 2639
    ■  tedgerry@princetonclub.net
    ■  www.princetonclub.net
    ■  1726 Eagan Rd, Madison WI 53704



4

**The Honorable John D. Bates**
**United States District Court**
**District of Columbia**
**E. Barrett Prettyman Courthouse**
**333 Constitution Avenue, N.W.**
**Washington, District of Columbia 20001**

**Dear Judge Bates:**

My name Hayden Jobe and I am a small business operator in La Crosse, Wisconsin. I was first introduced to Mr. Nelson at my church, First Free, in Onalaska when I was in my late years of High School. He was working there as an associate youth pastor and I was a volunteer leader. At this point in time Mr. Nelson and I still talk on a frequent basis despite the him now living in the Madison area. I personally feel that I know Brandon better than the majority of people in his life, due to the amount of time we spent together while he was living in the La Crosse area.

In the eight plus, years that I have known Mr. Nelson I have witnessed him live his life constantly putting others first. From sacrificing his youth to be in the military, a pastor, and mentor, to even picking me up from my college dorm when I needed an escape. He would go out of his way to make sure that I always felt cared for in my early college days by spending time with me and fostering a relationship based around common values and even sports. He would spend his last dollar to get us food if that's what it took to put a smile on my face. Countless times I had watched Mr. Nelson stay multiple hours after church to just hang out with the youth of all ages. He was beloved by people of all walks and all ages.

Mr. Nelson is one of the most transparent, honest, and generous men that I know. While, I know the gravity of his situation, it is my hope that you can see past Mr. Nelsons lapse in judgment the same way I have. Mr. Nelson has expressed in both words and actions his great level of remorse based on his actions and wrong doing to me, and I think that is the first step in accountability. It is my belief that one mistake doesn't define someone, rather, it's how the individual responds and takes responsibility. I am in full belief that this is a call to action for Mr. Nelson and he will respond by becoming a better man than before.


Many Thanks,

*Hayden C. Jobe*

**The Honorable John D. Bates**
**United States District Court**
**Disctrict of Columbia**
**E. Barret Prettyman Courthouse**
**333 Constituation Avenue, N.W.**
**Washington, District of Columbia 2001**                    **18 NOVEMBER 2021**

Dear Judge Bates,

     My name is Derek James Ruck, I am a Sergeant and a Recruiter in the Wisconsin Army National Guard. Also, I am a close friend to Brandon Nelson. I have known Brandon for 6 years. We went to the same school for a short period of time and after graduating high school Brandon became a mentor and older brother to me. Brandon was the first person to start personal training me and keeping me on the straight and narrow after I had graduated high school. During the time of him personal training at Anytime Fitness and Princeton Club, he was willing to put in a solid word for me and to help my probability of getting a job that I had needed and always wanted. A personal trainer. Brandon has also always been there for me in a time of need, where if I called him, no matter the time of day or circumstance, he would always have my back. Brandon Nelson was also in the armed forces, the Wisconsin Air National Guard. Both of us have a true brotherhood connection from sharing the similarity of joining a military branch. Currently we workout together, talk over our Christian faith and have life advice conversations. This keeps a positive mind, body, spirit and friendship. I know Brandon better than most people and will at all times stick my neck out to have my brothers back and stand beside him.

     Brandon Nelson is an honest, trustworthy and professional mannered person. When he was a personal trainer he did nothing but give up his time and help others, in and out of the gym. Specifically he was the first person in the gym and usually the last one out. I myself witnessed him train over 20 people, one who lost 100lbs and a group of personnel who won the biggest loser competition at the Princeton Club. His dedication to helping others is endless. There is a reason why, when you ask someone if they know Brandon Nelson, at least one person will say they do in a positive way. This is because Brandon is good guy, a kind and thoughtful spirit that most want to be around. If ever there is a time where money was tight or someone needed help, he has always been the generous one to be first to give or to help. For example, Brandon Nelson was leaving a bar and witnessed an altercation between three men, where the one man was knocked out and bleeding from his head. Brandon ran over while others around just stood there, took off his shirt to apply with pressure to the back of the man's head to stop the bleeding. He also made sure someone called 911. If this isn't caring for others I don't know what is. He potentially saved a man's life. Brandon Nelson has pled guilty to this violation of the law, however that will never change my opinion towards who he really is and neither should it for you. He loves this great country of the United States of America just as much as I do. Most people choose not to serve in the U.S. military, however you can't say that about Brandon Nelson, which should already show you an example of his honor, integrity and commitment that others don't possess. Brandon has expressed his remorse and is of full understanding of his mistake. Thank you.

                  Sincerely,

                  Derek James Ruck

The Honorable John D. Bates

Brooklyn M.

11/18/2021

Dear Judge Bates,

For starters, I'm Brooklyn Miller, I am 20 years old and I am an administrative assistant at Roselawn Memorial Park and Highland Memory Gardens. I have known Brandon for about 4 years, and in those four years he's mainly taught me what I need to know about weight lifting. My mom works at Princeton Club as a cleaner, so I was able to get a membership and that's how I met Brandon. He took time out of his day(s) to show me how to do the correct movements for achieving my workout goals. I played softball year round at the time, so he would help me stay in shape by giving me workouts. In that time, I got to know Brandon and to make a long story short, I'm happy it happened this way.  He's always the person who'd make me laugh and *actually* push me to do my workout… even if I didn't want to do them (which was nearly every time). Not to mention, he gave me FREE training on top of him taking time out of his day(s) to help me! I know he'd give the shirt off his back to anybody, even if he didn't know them. He is very selfless and always has a positive attitude whenever you see him. If you were to ask someone to describe Brandon, I can guarantee you they will tell you he is a spitball of fire. You can always feel his energy radiate throughout the room and on my worst days would often try to tell me a (pretty bad) joke ;) that, most of the time,  made no sense to cheer me up, and that's one thing I miss about him! As of right now, I don't see Brandon as much because he doesn't work at Princeton Club anymore, but I've always felt as if he were kind of like a brother I never had.

## Jessica Ettinger

| | |
|---|---|
| **From:** | Brandon Nelson ███████████████████ |
| **Sent:** | Tuesday, November 23, 2021 3:59 PM |
| **To:** | Jessica Ettinger |
| **Subject:** | Fwd: Letter |

---------- Forwarded message ---------
From: **Subak, Doug** <Doug.Subak@kellogg.com>
Date: Thu, Oct 7, 2021 at 4:06 PM
Subject: Letter
To: ██████████████████████████████████

To whom it may concern ,
I have known Brandon for the last few years, since he was honorably discharged from the military, he is one stand up man, I would trust him with my life. I met Brandon at Princeton Club Express Monona, he was my personal trainer, he taught me so much about my self and my fitness journey, in what ever Brandon's job is he is very passionate about it, he gives it 100 percent effort that's in a job or his personal life , he fights for what he believes in, which is a great trait to have, in life. Brandon cares about people and    does his best to bring that out in everyone, thank you, Doug

Doug Subak
Doug.Subak@Kellogg.com
608-359-1053
Kellogg Sales Representative