# Exhibit B

The Honorable John D. Bates
United States District Court
District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Washington, District of Columbia 20001

Dear Judge Bates,

    I'm writing this letter so that you can have a firsthand window into my personal thoughts about the sentencing. I wanted the chance to apologize for those who were hurt and affected in any way at the capitol that day, particularly law enforcement who I have immense respect for. I wanted to share some of the thoughts and feelings that I have had on the event during my time of reflection the past year. I wanted to share about what I have been doing, and what I will be doing going forward to make sure that I am never involved in anything like this again.

    My whole adult life has been dedicated to serving others while giving up many luxuries most experience as a young adult. I currently work at Mendota Mental Health Institution as Psychiatric Technician. This is the same field of work as my Mother who is a Psychiatric Nurse. I work at my current job because I want to contribute to making a difference in the lives of people who society has deemed unfit to be in the community, and attempt to care for those who can't care for themselves in many ways. Some of my duties include one to one care with patients who have a history of suicide attempts, or sexual assaults, monitoring patients in their out time (leisure activities) making sure they don't hurt others or themselves, physically feeding those who are unable to do so themselves, and of course physical intervention and restraint in any and all altercations, which often results in worker injuries. About half of my shifts are on the juvenile unit, where most of our youth come from the roughest parts of Milwaukee and need mentoring and guidance through schoolwork and life skills, etc. It is not an easy job and not one you can do if you are easily deterred, it is physically and mentally demanding. I have had many sleepless nights, as I imagine many of our workers have, after physical altercations or graphic events that happen often. I work the job that I do because of my faith, and believe I have to use my God given ability to handle caring for people even when it is not easy. Before this I was a personal trainer for 5 years where I worked with 100's of clients of every ability, age, race, gender and way of life. While doing this I was also serving in the Air National Guard where I dedicated six years overall and two years of active duty. The last one being a deployment to South Korea in 2017. My military service had a big impact on my life starting at age 19, with the idea of giving up everything in your personal life in service of your country. I learned discipline, selflessness and toughness that has carried into every other aspect of my life.

    I've thought about January 6th over and over about how much different my life would be if I did not go and participate in the events that day. I went to support my beliefs that day but things took a turn in a different direction and I should have just walked away. My participation in the riot was completely unwarranted, and instead I was swept up in emotion and irrationality. Nobody should have gotten hurt that day and that was not the case. There were law enforcement that got hurt and died in the event, and in no circumstance is that ever okay, People should not have to be fearful of fellow citizens and people they are around. I'm sorry and ashamed that by being a part of this I have caused many people to feel that way. If I was still in the National Guard, I may have been called to help protect

the capitol and I very well could have been on the other side, and it's unnerving to think about being on the other side of the violence that happened that day. With all of the regret and shame I've had many sleepless nights, thinking of being a part of this event and how I should have exercised different judgment, and not have made such a poor decision. With that being said I have done my best to move on with my life and cut out any inkling of toxic politics. Instead I am focusing on building my future and working as hard as I possibly can to alter the direction of my life to continue serving others and working 80+ hours, and furthering my passions and contribution to my family and society.

                Respectfully,

                Brandon Nelson