UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      *Plaintiff,*

v.                                             Case No. 1:21-cr-00344-JDB-1

BRANDON NELSON,

      *Defendant*.

## NOTICE OF ADDITIONAL INFORMATION

Brandon Nelson, through undersigned counsel, writes to notify the Court of additional information. In his sentencing memorandum, Mr. Nelson represented that he presently is a full-time employee at Mendota Mental Health Institute. *See* R.51:5. Mr. Nelson left his position at Mendota as of yesterday, December 7, 2021. He left for personal reasons and remains on good terms with its administration. Mr. Nelson intends to seek work as a travelling Certified Nursing Assistant and, in the interim, to work as an Uber driver. Consistent with their duty of candor to the Court, undersigned counsel submit this update and note that it affects Part III.C of the sentencing memorandum filed earlier this week. *See id.* at 16.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 8th day of December, 2021.

                Respectfully submitted,

                Brandon Nelson, *Defendant*

                */s/ Jessica Arden Ettinger*
                Jessica Arden Ettinger (D.D.C. Bar No. D00483)
                Joseph A. Bugni
                FEDERAL DEFENDER SERVICES
                 OF WISCONSIN, INC.
                22 East Mifflin Street, Suite 1000
                Madison, Wisconsin 53703
                Tel: 608-260-9900
                Fax: 608-260-9901
                jessica_ettinger@fd.org
                joseph_bugni@fd.org

## CERTIFICATE OF SERVICE

On this 8th day of December 2021, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.